Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.
 

 Petitioner commenced this CPLR article 78 proceeding chai-lenging a tier III determination finding him guilty of violating certain prison disciplinary rules as charged in two misbehavior reports. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references thereto expunged from petitioner’s administrative record and the $5 mandatory surcharge will be refunded to his inmate account. As petitioner has accordingly received all the relief to which he is entitled, this proceeding is dismissed as moot (see Matter of Serrano v Smith, 152 AD3d 854, 854 [2017]).
 

 Peters, P.J., McCarthy, Lynch, Rose and Mulvey, JJ., concur.
 

 Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.